IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

ROMEO DENZELL VEASLEY,

        Plaintiff,

-v-                        Case No. 18CF5045

SERGEANT CORWIN, OFFICER
LUKE BINTER, JOHN DOE OFFICER I,
JOHN DOE OFFICER II, JOHN DOE OFFICER
III, et. al.

        Defendants.

---

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
42 U.S.C. § 1983

---

1. Romeo Denzell Veasley
   Romeo D. Veasley
   ID Number 512273
   Racine Correctional Institution
   P.O. Box 900
   2019 Wisconsin Street
   Sturtevant, WI 53177-0900

2. Clint Corwin
   Sergeant
   Milwaukee Police Department
   721 West State Street
   Milwaukee, WI 53233

3. Luke Binter
   Police Officer
   Milwaukee Police Department
   721 West State Street
   Milwaukee, WI 53233

4. John Doe I, II and III
   Police Officers
   Milwaukee Police Department
   721 West State Street

Milwaukee, WI 53233.

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state of local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."

A. Are you bringing suit against (check all that apply):

[ ] Federal officials

[x] State or local officials

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C.§1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Amendment excessive force and Fourteenth Amendment Rights of Equal Protection.

Defendants are being sued in their personal and official capacities while acting under color of state law and authority.

C. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§1331 because this action arises under the constitution, Laws and treaties of the United States and pursuant to 28 U.S.C.§1343(a)(3) because this action seeks to redress the deprivation under color of state law of Plaintiff Romeo Denzell Veasley civil rights.

D. This court has jurisdiction to grant relief pursuant to **28 U.S.C.§2201** and **2202**, and Federal Rules of Civil Procedure 57.

### VENUE

5. Venue is proper in this judicial district pursuant to **28 U.S.C.§139(b)** because one or more of the defendants resides in this district.

### PARTIES

6. Plaintiff Romeo D. Veasley ("Veasley"), at all times relevant to this action was and always has been a citizen of the United States, and State of Wisconsin. Romeo D. Veasley was a free world citizen living within the County and City of Milwaukee, (Milwaukee) Wisconsin.

7. Defendants Clint Corwin and Luke Binter, as well John Doe I, II & III, were Police Officers in the city of Milwaukee Milwaukee County, at all times relevant to this action and presently to Plaintiff's knowledge still are employed with Milwaukee Police Department.

8. All defendants named herein were sworn officer to protect and defend all citizens within the city of Milwaukee, instead these officers subjected Plaintiff to an excessive force where they physically assaulted and battered Plaintiff.

### STATEMENT OF CLAIM

9. On the approximate date of October 18, 2019, where Plaintiff was driving his car and was on a parking lot when

the defendants broke the window out of Plaintiff's car.

10. The front door some how came ajar, the Plaintiff fearing for his life and safety tried to drive backwards in an attempt to get onto the roadway.

11. Officer Binter abandoned what he was doing and ran over purportedly to get the Plaintiff out of his vehicle. Plaintiff was a larger man, so, officer Binter, who is also a larger person felt he could take plaintiff to the ground.

12. Plaintiff a person with mental health issues. He has been diagnosed with schizophrenia. He's been hospitalized Winnebago where he was committed for several months being treated for psychological problems.

13. Plaintiff has been prescribed Haldol and Trazadone which are traditionally antipsychotic medications to treat Plaintiff's illness which has been prescribed for some ten years.

14. Plaintiff has also been taking "amitriptyline, which is Elavil" prescribed for his depression.

15. Defendants busted out his car window and pulled him forcefully from the vehicle, and they used extreme violence against him, beating the crap out of him.

16. Defendants punched Plaintiff repeatedly in the face with so much force that one of the defendants sustained physical injury to his knuckles which were bruised and bleeding.

17. defendants applied excessive force not reasonable force when they subdued Plaintiff, so much so that they broke Plaintiff nose, and caused him to tear his anterior cruciate ligament.

18. Plaintiff was severely beaten by the defendants so much until the Court in his sentence described the photographs of his injuries as extreme.

19. Plaintiff suffered numerous injuries, his anterior cruciate ligament was torn, laceration to the face that needed stitches, a broken nose as a result of the excessive force used against him by the defnedants unnecessarily.

20. These injuries were in fact sustained by the Plaintiff before any said transaction occurred between the Plaintiff and the would be Confidential Source.

21. The officers punched Plaintiff repeatedly in the face with a closed fist so much so until the officer sustained injury to his knuckle and hand. This was noted by the criminal court when it was sentencing Plaintiff.

22. While the Plaintiff were in handcuffs and subdued the officers continued to pummel and punch Plaintiff about the head and face. Then they stripped pants off him in the parking lot, making him sit in his underwear on the curb in the Walgreen's parking lot, while they searched Plaintiff's vehicle.

23. Defendants did not have Plaintiff's permission to use excessive force against him, did not have permission to pummel and punch plaintiff until he was a bloody pulp.

24. Plaintiff has photographic evidence which shows a pretty strong indication that a great deal of force was used on him under the guise of his arrest.

25. Defendants were not empowered to beat citizens they

5

are arresting or using excessive force upon them and clearly in this instance excessive force was used against Plaintiff.

## CAUSES OF ACTION

26. Defendants herein named in this suit have acted with excessive force or otherwise used unnecessary force to Plaintiff in violation of his Fourth Amendment and Fourteenth Amendments' Rights of the United States Constitution.

## RELIEF REQUESTED

27. Whereas, Romeo D. Veasley, requests relief from the court as follows:

1. Compensatory damages in the amount of $500,000 dollars sum same and sure, against each herein named defendant jointly and severally for the excessive force carried out agansit Veasley

2. Punitive damages in the amount of $500,000 dollars agaist each herein named defendants jointly and severally for violations of Mr. Veasley rights for using excessive force against him unnecessarily.

## JURY TRIAL DEMAND

28. Plaintiff demands a trial by jury with no less than six (6) jurors under the 7th Amendment of the U.S. Constitution Fed. R. Civ. P. 38(a).

Dated this 29th day of January, 2023.

Respectfully submitted by:

*Romeo Veasley*
Romeo Veasley, Plaintiff

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$001.50
01/31/2023 ZIP 53177
043M312338890

Romeo Veasley #512273
RE, Correctional, Institution
P.O.X. 900
9 Wisconsin, Street
Pevant, WI, 53177

Clerk of the U.S. District Court
Eastern District of Wisconsin
517 East Wisconsin Ave. Room 362
Milwaukee, WI, 53202

FEB 01 2023
U.S. Marshals
Eastern District of Wisconsin