# United States District Court
## Eastern District of Wisconsin

**ROMEO DENZELL VEASLEY,**

    Plaintiff(s),

v.

**CLINT CORWIN, et al.**

    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 23-CV-132

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED**

because Veasley's claims are barred under the applicable statute of limitations.

Approved: *[signature]*
STEPHEN C. DRIES
United States Magistrate Judge

Dated: June 5, 2023

GINA M. COLLETTI
Clerk of Court

*s/ K. Hubacz*
(By) Deputy Clerk